## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**YASMIN HUGHES**                                                      **PETITIONER**

**v.**                                                                               **No. 1:09CV284-SA-DAS**

**CHRISTOPHER EPPS, ET AL.**                                      **RESPONDENTS**

## ORDER DENYING STATE'S MOTION [18] TO
## STAY EXECUTION OF JUDGMENT WITHOUT PREJUDICE

This matter comes before the court on the motion [18] by the State to stay execution of the court's judgment granting the instant petition for a writ of *habeas corpus* and requiring the unconditional release of the petitioner. As the case is currently on appeal, the court finds that the Fifth Circuit Court of Appeals is best situated to make such a ruling. As such, the instant motion [18] is **DENIED** without prejudice to the State's ability to seek such relief in the Fifth Circuit.

      **SO ORDERED**, this, the 19th day of February, 2014.

                                                        **/s/ Sharion Aycock**
                                                        **U.S. DISTRICT JUDGE**